NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7044

STEVEN PREMINGER,

Petitioner,

v.

SECRETARY OF VETERANS AFFAIRS,

Respondent.

On petition for review pursuant to 38 U.S.C. Section 502.

ON MOTION

Before MAYER, <u>Circuit Judge</u>.

<u>O R D E R</u>

Upon consideration of the Secretary of Veterans Affairs' motion for a 45-day extension of time, until September 10, 2009, to file his brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUL 2 9 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Scott J. Rafferty, Esq.
     Jane W. Vanneman, Esq.
s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 9 2009

JAN HORBALY
CLERK